No. 217. Pennsylvania Tunnel & Terminal Railroad Company, Plaintiff in Error, *v.* Charles E. Hendrickson et al., State Board of Assessors, and Edward I. Edwards, Comptroller. In error to the Supreme Court of the State of New Jersey. Submitted April 25, 1917. Decided April 30, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Florida Central & Peninsular R. R. Co.* v. *Reynolds,* 183 U. S. 471. *Mr. Albert C. Wall* for plaintiff in error. *Mr.*

*John W. Wescott* and *Mr. John R. Harden* for defendants in error.